**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

IN THE MATTER OF THE APPLICATION   )
OF THE UNITED STATES OF AMERICA    )
FOR AN ORDER AUTHORIZING THE     )      No.  22-MJ-5103-MAS
INSTALLATION AND USE OF A          )
SURVEILLANCE CAMERA            )

\*   \*   \*   \*   \*

## APPLICATION

1.     Comes the United States of America, by counsel, Assistant United States Attorney Roger W. West, and moves the Court, pursuant to 28 U.S.C. § 1651(a), to grant an order which authorizes the installation of and use for **sixty (60)** days, a surveillance camera on a utility pole (which was confirmed by Homeland Security Investigations Special Agent Joseph Borders), identified as Kentucky Utilities pole # 67981/24771 located at or near GPS Coordinates 38.0448078, -84.4731766. The utility pole is situated along Magnolia Avenue, approximately 100 feet northeast from the intersection of Magnolia Avenue and Montgomery Avenue in Lexington, Fayette County, Kentucky. The property to be observed is a small warehouse/garage that according to Fayette County, KY Property Valuation Administration (PVA) records is approximately 1,440 square feet in size and is located at 663 Magnolia Ave, Lexington, KY 40505 (Reference is made to the attached images of the property).

2.     In support of this Application, the United States submits that special agents of the Department of Homeland Security, Immigration and Customs Enforcement/Homeland Security

1

Investigations (HSI) are investigating Travis Edward SMITH concerning violations of 18 U.S.C. § 545 (smuggling goods into the United States) and 21 U.S.C. 841 (a)(1) (manufacturing and distribution of controlled substances). In October 2021, HSI Special Agents seized ten (10) "XANAX" pill press dies sets, a key component to illegal pill press operations involved in the manufacturing of often counterfeit prescription drugs containing other illegal narcotics, after Customs and Border Inspection (CBP) Officers conducted an inbound border search on an international package originating from China that had SMITH listed as the consignee. After the service of multiple administrative subpoenas, a federal search warrant for SMITH's Gmail email account, and a federal ping order for SMITH's cell phone, it was learned that SMITH had placed a total of twelve (12) separate orders to LFA, a manufacturer of pill presses, pill press related equipment, and pill press binding agents, between September 2020 and October 2021 and that all of the orders had been shipped to SMITH via FedEx. The orders consisted of a combine total of 450kg (equivalent to approximately 990 lbs.) of pill binding agent (350kg white, 50kg baby blue, and 50kg yellow) as well as specific replacement parts for a RTP9 rotary tablet press that, according to the manufacture's listed specifications available via website www.lfatabletpresses.com, is capable of producing up to 20,000 tablets per hour and weighs approximately 700lbs. All of the above orders as well as the international package listed SMITH as the consignee and were addressed to 220 Olde English Ct, Louisville, KY 40272, with the exception of one LFA order that was addressed to SMITH at 190 Olde English Ct, Louisville, KY 40272. Independent research as well as physical surveillance determined that Olde English Court is a Louisville, KY apartment complex.

2

3.      In February 2022, HSI Special Agents served an administrative subpoena to LG&E and KU Energy LLC for information regarding SMITH's account, registered service addresses and usage. It was learned that SMITH has been and still currently is paying for the utilities at the 663 Magnolia Ave, Lexington, KY 40505 address.

4.      The information set forth below was provided to HSI Special Agent (S/A) Joseph Borders by other law enforcement officers, and/or was obtained by S/A Borders' personal participation in the investigation.  It is not meant to be a complete recitation of the facts spanning the entire investigation and is to be used only to establish that the authorization of the pole camera is necessary and material to the on-going investigation.

## Investigation Background

5.   On or around October 06, 2021, your affiant received information that Customs and Border Protection (CBP) Officers, located at the DHL Express Hub in Erlanger, KY, had, in accordance with Title 19 U.S.C. §§ 482, 1467, 1496, 1581, and 1582, detained and inspected an international shipment originating in China. During the inspection, a total of ten (10) "XANAX" pill press dies sets, a key component to illegal pill press operations involved in the manufacturing of often counterfeit prescription drugs containing other illegal narcotics, were discovered, and seized by CBP Officers.

6.      A review of the CBP seizure documentation determined that the shipment bore Airway Bill  Number (AWB#) 6723218320 and the shipper was listed as OSELL DINODIRECT CHINA LIMITED, Room 631 6F KWAI SHUN INDUSTRIAL, HONGKONG. The shipment was manifested as "metal mallet" and the consignee was listed as Travis SMITH with 220 Olde

English Ct, Louisville, KY 40272 listed as his address. Additional review of the actual pill press dies sets determined that the sets had the imprint "XANAX" and the number "2" on them and were in a rectangular shape.

7.      Special Agents conducted an open-source search via website's www.drugs.com "pill identifier wizard" for a rectangular shaped pill with imprints "XANAX" on one side and "2" on the other. The search determined that pills with that shape and imprint are generally white in color and are "XANAX 2mg" prescription only benzodiazepines, a schedule IV-controlled substance. Additionally, the website indicated that the labeler/supplier of the pharmaceutical drug is Pfizer U.S. Pharmaceutical Group.

8.      Special Agents served multiple administrative subpoenas, administrative subpoenas ICE-HSI-LU-2022-00001, -00008, -00010, and -00013 respectively, to LFA Machines DFW. LFA is a manufacturer of pill presses, pill press related equipment, and pill press binding agents. Additionally, as your affiant received the above administrative subpoena returns, your affiant had multiple follow up conversations with the same LFA Point of Contact listed on the subpoena returns. Based on the information obtained from the above-mentioned subpoena returns and follow up conversations, your affiant learned that SMITH had placed a total of twelve (12) separate orders to LFA between September 2020 and October 2021 and that all of the orders had been shipped to SMITH via FedEx. The orders consisted of a combine total of 450kg (equivalent to approximately 990 lbs.) of pill binding agent (350kg white, 50kg baby blue, and 50kg yellow) as well as specific replacement parts for a RTP9 rotary tablet press that, according to the manufactures listed specifications available via website www.lfatabletpresses.com, is

4

capable of producing up to 20,000 tablets per hour and weighs approximately 700lbs. LFA records showed that those orders were placed both via website www.lfatabletpresses.com as well as AMAZON, who fulfils binding agent orders on behalf of LFA. The supplied customer information and orders consisted of the following:

Travis SMITH
Phone Number: 502-554-4599
Email: Travis.Smith.HBCC@gmail.com
Shipping address: 220 Olde English Ct, Louisville, KY 40272

## SMITH ORDERS

1. ORDER ID: **136268**   Order from: AMAZON       Order received: 09/25/2020
Customer Name: **Travis SMITH**     Shipped via: FedEx     Tracking#: **771627956609**
Item Description: **FIRMAPRESS WHITE 50KG**  Reference #: **113-6937413-2509055**
Cost: $949.99
Shipping address: **190 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **09/28/2020 10:46am**

2. ORDER ID: **142129**   Order from: AMAZON       Order received: 01/21/2021
Customer Name: **Travis SMITH**     Shipped via: FedEx     Tracking #: **782882659889**
Item Description: **FIRMAPRESS WHITE 50KG**  Reference #: **114-3950999-1109829**
Cost: $949.99
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **01/25/2021 12:50 pm**

3. ORDER ID: **143110**   Order from: AMAZON       Order received: 02/05/2021
Customer Name: **Travis SMITH**     Shipped via: FedEx     Tracking #: **783499636904**
Item Description: **FIRMAPRESS YELLOW 50KG** Reference #: **114-7385414-3413855**
Cost: $949.99
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **02/12/2021 12:41 pm**

4. ORDER ID: **145681**   Order from: AMAZON       Order received: 03/08/2021
Customer Name: **Travis SMITH**     Shipped via: FedEx     Tracking #: **784536666588**
Item Description: **FIRMAPRESS BABY BLUE 50KG** Reference #: **114-2152048-3033844**

5

Cost: $949.00
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **03/12/2021 12:43 pm**

5. ORDER ID: **145759**      Order   from:   www.lfatabletpresses.com   Order   received:
03/08/2021
Customer Name: **Travis SMITH**      Company name: Healthier Supplements
Email: travis.smith.hbcc@gmail.com Phone: 502-554-4599
Shipped via: FedEx Tracking #: **785097896146**
Item Description: **RTP-9 FILL TRAY**      Reference #: **MAGENTO1000026092**
Cost: $160.00
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **03/12/2021 12:43 pm**

6.      ORDER ID: **146072**   Order   from:   www.lfatabletpresses.com   Order   received:
03/10/2021 Customer Name: **Travis SMITH**      Company      name:      Healthier
Supplements
Email: travis.smith.hbcc@gmail.comPhone: 502-554-4599
Shipped via: FedEx Tracking #: **784667538153**
Item Description: **RTP-9 FILL TRAY SCRAPERS**
Cost: 28.00
Item Description: **RTP-9 TAKE-OFF BLADE**
Cost: $28.00
Reference #: **MAGENTO1000026092**
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **03/15/2021 11:46 am**

7.      ORDER ID: **146399**   Order   from:   www.lfatabletpresses.com   Order   received:
03/10/2021
Customer Name: **Travis SMITH**      Company name: Healthier Supplements
Email: travis.smith.hbcc@gmail.com Phone: 502-554-4599
Shipped via: FedEx Tracking #: 784841231970
Item Description: **RTP-9 MIDDLE DIE GRUB SCREW (PACK OF 10)**
Cost: $30.00
Reference #: **MAGENTO1000026092**
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **03/20/2021 12:34 pm**

8.      ORDER ID: **148875**   Order   from:   www.lfatabletpresses.com   Order   received:
04/11/2021
Customer Name: **Travis SMITH**      Company name: Healther Supplements
Email: travis.smith.hbcc@gmail.com Phone: 502-554-4599

Shipped via: FedEx Tracking #: **785874842169**
Item Description: **FIRMAPRESS WHITE 50KG**
Cost: $949.99
Reference #: **MAGENTO1000026737**
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **04/15/2021 12:47 pm**

9.      ORDER ID: **151023**  Order  from:  www.lfatabletpresses.com  Order  received: 05/07/2021
Customer Name: **Travis SMITH**      Company name: Healthier Supplements
Email: travis.smith.hbcc@gmail.com   Phone: 502-554-4599
Shipped via: FedEx Tracking #: **786885880016**
Item Description: **TAKE-OFF BLADE RTP-9**
Cost: $12.00
Reference #: **MAGENTO1000027306**
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **05/11/2021 11:10 am**

10.     ORDER ID: **152423**   Order from: AMAZON Order received: 05/24/2021
Customer Name: **Travis SMITH**
Shipped via: FedEx     Tracking#: **787553966360**
Item Description: **FIRMAPRESS WHITE 50KG**   Reference #: **112-4335234-1935423**
Cost: $949.99
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **05/28/2021 12:42 pm**

11.     ORDER ID: **156940**  Order from: AMAZON       Order received: 07/26/2021
Customer Name: **Travis SMITH**      Shipped via: FedEx     Tracking #: **281892547037**
Item Description: **FIRMAPRESS WHITE 100KG** Reference #: **111-3362829-7367408**
Cost: $1,899.98
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **07/30/2021 12:34 am**

12.     ORDER ID: **161743**  Order  from:  www.lfatabletpresses.com  Order  received: 10/06/2021
Customer Name: **Travis SMITH**      Company name:
Email: travis.smith.hbcc@gmail.com   Phone: 502-554-4599
Shipped via: FedEx Tracking #: **284595701935**
Item Description: **FIRMAPRESS WHITE 50KG**  Cost: $949.99
Reference #: **MAGENTO1000029735**
Shipping address: **220 Olde English Ct, Louisville, KY 40272-2450**
Delivery date and time according to FedEx tracking: **10/09/2021 12:04 pm**

7

9.      Special Agents are aware that baby blue binding agent is commonly used to manufacture counterfeit oxycodone M/30 pills. Counterfeit oxycodone M/30 pills have been found throughout the United States, often containing fentanyl and its analogues, and have been linked to multiple fatal overdoses.

10.      Special Agents are aware that pill binding agents are also commonly known as binders. An open-source internet search determined that according to website www.drugtopics.com "*Binders are added to tablet formulations to add cohesiveness to powders thereby providing the necessary bonding to form granules which under compaction form a compact mass as tablet. In other words, binders are essential to achieve the "hardness" of the tablet*."

11.      Special Agents conducted a search on LFA's website, www.lfatabletpresses.com, for "FIRMAPRESS" pill binding agent and saw the following: "*Firmapress is a versatile, all-in-one binding agent that works with 99% of the products you need to produce effective tablets. LFA has specially designed this product to make tableting an easy process, each ingredient contributes specific qualities to the formula*." Additionally, the website also stated "*Firmapress is a combination of high-quality excipients designed to take unnecessary research out of tabletting to save you time and money. With Firmapress, you won't have to measure and mix binders or flow agents and there are no ratios to calculate. We've put everything we've learned over the last 10 years into Firmapress so that you can produce pharmaceutical grade tablets right away. You won't have to have to worry about tablet consistency, flowing problems, binding issues or caking with*

*Firmapress. This could make all the difference when it comes to passing clinical trials or building a repeat customer base from launch because your product has already harnessed 10 years of constant improvement from Firmapress. It could also save you unnecessary stress and precious time if you're making tablets at home and don't know how to create an excipient formula.*" This makes pill binding agents, alongside pill press dies, a key component in the manufacturing process of pills and or tablets.

12.     A review of the other five (5) items SMITH had ordered from LFA were listed on the subpoena return under "Item title" as replacement parts for an RTP-9 pill press. Special Agents conducted a search on LFA's website, www.lfatabletpresses.com, for an RTP-9 pill press machine. A search for RTP9 (listed as RTP 9 Rotary Tablet Press) on website www.lfatabletpresses.com showed the following information:

"*RTP 9 Rotary Tablet Press*

*Introducing the 9 station rotary tablet press, the RTP 9.*

*The RTP 9 is an remarkable upgrade from a more basic press. Featuring 9 punch heads, the RTP 9 is able to produce 20,000 tablets per hour.*

*One of the key benefits of the RTP9 is the ease of use, unlike desktop presses which require more complex manual adjustment.*

*The RTP 9 allows you to control the speed, tablet size, tablet depth and punch pressure all from the front console allowing for high quality produce.*

*This is a low maintenance press as all parts can be accessed easily and the dies can be changed quickly*".

9

13.     The specifications for the RTP-9 listed on website www.lfatabletpresses.com showed that the approximate height is 43.3 inches, width is 18.89 inches, depth is 24.8 inches and weight is 705.5lbs. The replacement parts that were ordered by SMITH were listed as "Fill Tray-RTP9", "Fill Tray Scrapers – RTP9", two orders of a "Take-Off Blade-RTP9", and an order of "Middle Die Grub Screw (Pack of 10) -RTP9" on the subpoena return.

14.     Special Agents then contacted the LFA subpoena return point of contact regarding follow-up up questions about the RTP-9, rotary tablet press, its production, and the usage of RTP-9 specific replacement parts, notably the fill tray, fill tray scrapers, take-off blades and middle die grub screws which SMITH had ordered from LFA via www.lfatabletpresses.com.

15.     Special Agents received an email correspondence advising them that LFA no longer sells the RTP-9 machines, that it was replaced with the RTP-118 model, which is manufactured in Taiwan, and that LFA had received a total of 18 around November 2020.

16.     On or about October 12, 2021, your affiant received an additional email correspondence from the same LFA representative as above and was advised that "*some RTP-9 replacement parts may be used on other RTP models, such as the middle die grub screws, however the other parts would only fit the RTP9*".

17.     All of the above referenced orders, except for one going to 190 Old English Court, showed that SMITH had listed the following information to place the orders online:

 Travis SMITH
 Phone Number: 502-554-4599
 Email: Travis.Smith.HBCC@gmail.com
 Shipping address: 220 Olde English Ct, Louisville, KY 40272

18.     Additionally, the subpoena return records further showed that SMITH had provided two (2) separate company names when he ordered the above items. One company name was listed as "Healthier Supplements" the other was listed as "Healther Supplements".

19.     Records checks in various law enforcement and non-law enforcement databases determined that SMITH is currently on probation out of District 18 in Jefferson County, Louisville, KY until October 25, 2022, and that his date of birth is August 16, 1994, with a last known address of 190 Olde English Ct, Louisville, KY 40272. Further research determined that Olde English Ct in Louisville, KY is an apartment complex.

20.     Special Agents conducted a search for "Healthier Supplements" as well as "Healther Supplements" via the Kentucky Secretary of State business entity search on website https://web.sos.ky.gov/ftsearch/. Neither of the businesses were registered and "no matching organization were found".

21.     Special Agents also contacted Food and Drug Administration (FDA) Special Agent (SA) S. Lamp for assistance regarding FDA registration/licensing record checks for authorized drug manufacturers. Special Agents requested that FDA SA S. Lamp also reach out to his Kentucky Board of Pharmacy contacts as well as his contacts with Pfizer U.S. Pharmaceutical Group to check if either the address listed on the shipping label, 220 Olde English Court, Louisville, KY 40272, or the last known addresses associated to SMITH, address 190 Olde English Court, Louisville, KY 40272 are associated with any officially licensed drug manufacturer establishments. Additionally, it was requested that the Kentucky Board of

11

Pharmacy check if SMITH was licensed as a pharmacist, pharma tech, pharma wholesale or authorized pharma distributor.

22.     On or about October 07, 2021, Special Agents received a response from FDA SA S. Lamp regarding the Kentucky Board of Pharmacy inquiry. According to Kentucky Board of Pharmacy Drug Inspector A. Harding, "Neither address is associated with any permitted facility." Additionally, the Kentucky Board of Pharmacy records showed that "*There is a Travis Smith who was a technician with a registration that lapsed 3/31/2013. We do not have his middle name or initial. Address 5606 Maryman Rd, Louisville, KY 40258. DOB 8/16/1994.*" A follow-up email from the Kentucky Board of Pharmacy to FDA SA S. Lamp showed the last four digits for the above referenced Travis Smith as 9053. A records check determined that those last four digits match SMITH's last four of his social security number.

23.     On or about October 08, 2021, Special Agents received another email correspondence from FDA SA S. Lamp. Special Agents were advised that FDA had no records indicating that SMITH or anyone else, including the above businesses, were registered with FDA at the above addresses. The email did however indicate that notations for "Travis SMITH" were found in the FDA Online Search and Retrieval System, none of them appeared relevant to Louisville, KY.

24.     On or about October 12, 2021, Special Agents received information from FDA SA S. Lamp regarding the Pfizer inquiry. Based on the email communication attached in the response, FDA SA S. Lamp had initially reached out via email to Pfizer Global Security Director B. Donnelly, advised him of the seizure of ten (10) "XANAX" and "2" pill press dies sets, and

asked if SMITH or the two above addresses were part of any legitimate manufacturing facility for Pfizer Xanax prescription drugs. B. Donnelly stated that Viatris now owns the rights to Xanax and referred the questions to Viatris Global Security Operations Center Manager D. Efaw. D. Efaw had responded via email to FDA SA S. Lamp's request and advised that *"I can confirm that we have no known manufacturing facility at the addresses provided below. As for your second question, I can confirm that Mr. Travis Smith is not a known Viatris employee"*.

25.     On or about October 13, 2021, Special Agents contacted Jefferson County Probation Officer (PO) R. Lewis regarding SMITH. PO R. Lewis confirmed that SMITH is currently on probation out of District 18 in Jefferson County, Louisville, KY until October 25, 2022, and is compliant according to his records. PO R. Lewis stated that the last contact with SMITH appeared to have been around November 2020 and that the contact information for SMITH was the following according to his records:

Travis Edward SMITH
Phone: 502-554-599
Last known address: 190 Olde English Ct, Louisville, KY 40272

PO R. Lewis stated that since the last probation contact was almost a year ago, he would contact SMITH and confirm that the above information was still accurate.

26.     Special Agents received a follow-up call from PO R. Lewis that same day. PO R. Lewis stated that SMITH told him the following contact information:

502-554-4599

220 Olde English Ct, Louisville, KY 40272

Email: Travis.Smith.HBCC@gmail.com

13

PO R. Lewis further stated that SMITH told him he had moved apartments from 190 to 220 Olde English Ct several months ago. PO R. Lewis did not get a timeframe on when the move occurred. Further, SMITH had told PO R. Lewis that he lives with his brother, Dalton SMITH, at the 220 Olde English Ct, Louisville, KY 40272. According to PO R. Lewis, SMITH also stated that he operates a coffee shop called Highbrew Coffee Co located at 7407 Fegenbush Lane, Suite A, Louisville, KY 40228.

27.     On or about October 18, 2021, Special Agents received a return for administrative subpoena ICE-HSI-LU-2022-00004, which was previously served to AT&T, on or about October 14, 2021, regarding subscriber information for telephone number 502-554-4599.

28.     The above subpoena return information showed that SMITH's Mobile Station Integrated Services Digital Network (MSISDN), which is the phone number that identifies a device during calls or data sessions on a cellular network, in this case 502-554-4599, has been in service under SMITH's account from March 01, 2018, to present. The International Mobile Subscriber Identity, IMSI, which is a 15-digit number for every user in a global system for communication, was identified as 310410033411994. Additionally, the user address and email for SMITH were listed as 220 Olde English Ct, Louisville, KY 40272 and TRAVIS.SMITH.HBCC@GMAIL.COM.

29.     Special Agents were able to confirm through social media as well as physical surveillance that SMITH and Curtis Anthony PADDOCK are acquaintances and appear to both operate a local coffee shop by the name of HIGHBREW COFFEE COMPANY located at 7407 Fegenbush Lane, Suite A, Louisville, KY 40228.

14

30.     Special Agents are aware that baby blue binding agent is commonly used to manufacture counterfeit oxycodone M/30 pills. Counterfeit oxycodone M/30 pills have been found throughout the United States, often containing fentanyl and its analogues, and have been linked to multiple fatal overdoses.

31.     Special Agents believe that the clandestine lab to manufacture counterfeit prescription drugs is located off site and not at the apartment complex where SMITH resides. This is due to the fact that pill presses generate noise while operating and also generate excessive dust during the pressing of pills, both of which could result in unwanted attention. As a result, pill press operations often times operate in storage units, or garages, basements or separate rooms in single homes that are detached from the next-door neighbor, not usually apartment complexes that have lots of pedestrian traffic.

32.     In January and February 2022, Special Agents served two (2) administrative subpoenas, ICE-HSI-LU-2022-00028 and -00041 respectively, to LG&E and KU Energy LLC (hereafter referred to "LG&E", the utility company servicing 663 Magnolia Ave, Lexington, KY 40505. Special Agents learned that SMITH currently has LG&E account number 350009015974. The account listed SMITH as the sole responsible party and listed the following additional information:

First Name: Travis

Last Name: SMITH

SSN: 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

Phone number: 502-554-4599

Email: travis.smith03@icloud.com

Main address: 220 Olde English Ct, Louisville, KY 40272

Billing address: 220 Olde English Ct, Louisville, KY 40272

Service address: 663 Magnolia Ave, Lexington, KY 40505

Contact information: Travis SMITH travis.smith.hbcc@gmail.com

Additionally, the returned documents showed that SMITH signed up for LG&E utility service at the 663 Magnolia Ave, Lexington, KY 40505 address on or around August 16, 2021. A review of the utility usage and average cost for September 2021 through January 2022 was approximately $100.00 per month.

### Small Warehouse / Garage- 663 Magnolia Avenue, Lexington, Kentucky

37.     The property located at 663 Magnolia Avenue in Lexington, Fayette County, Kentucky, is more fully described as a small warehouse / garage.  The address is identified as a grey building with a black garage door facing Magnolia Avenue and the numbers "663" affixed in decal on the front door, and it is located at or near GPS coordinates 38.0449911, -84.4731578. This building is situated on the north side of Magnolia Avenue between Montgomery Avenue and East 7th Street in Lexington, Kentucky.

38.     The utility pole to be utilized is identified as Kentucky Utilities pole # 67981/24771 located at or near GPS Coordinates 38.0448078, -84.4731766. The utility pole is situated along Magnolia Avenue, approximately 100 feet northeast from the intersection of Magnolia Avenue and Montgomery Avenue in Lexington, Fayette County, Kentucky.

39.     This utility pole is in an area accessible by the general public, that is, the roadway along Magnolia Avenue, in Lexington, Kentucky.   The requested remote video surveillance camera (pole camera) will be used to monitor, capture, record and review the activity occurring in the commercial area around 663 Magnolia Avenue, Lexington, Kentucky, including the activity of individuals during visits to the warehouse/garage.   This activity could potentially be used to support evidence of drug trafficking activities pertaining to this investigation. After conducting an exhaustive search for other locations to legally place a court authorized surveillance camera, this utility pole location is the prominent location that will allow law enforcement to legally monitor the activities at this business without being detected by Smith during his visits. Please refer to the attached images of the property.

40.     The requested pole camera will not record inside any dwellings nor will they record any audio of conversations.   The requested pole camera will provide a view of any area that the owner has taken steps to prevent the general public from viewing. The video surveillance footage may also be used to develop potential co-conspirators and may also be used to obtain search warrants for this location and other locations for money, drugs, drug paraphernalia, drug records, or proceeds of the drug activities. Based on the nature of the suspected activities and the location of this address, it is impractical for law enforcement to conduct long term physical surveillance of the area without potentially alerting Smith and/or his associates.   The ability to conduct surveillance is limited to stationary surveillance, which is manpower intensive and inadequate to assess the extent of potential criminal activity or conduct prolonged surveillance without being

compromised.  The presence of unknown vehicles or similar vehicles over a period of time would likely appear suspicious to Smith.

41.     There is no reasonable expectation of privacy by Smith in the area around the business at 663 Magnolia Avenue, Lexington, Kentucky. In *United States v. Houston*, 813 F.3d 282, 287-88 (6th Cir. 2016), the Sixth Circuit held that, "[t]here is no Fourth Amendment violation, because [the defendant] had no reasonable expectation of privacy in video footage recorded by a camera that was located on top of a public utility pole and that captured the same views enjoyed by passerby on public roads."  The Sixth Circuit noted that there was no violation of the defendant's reasonable expectation of privacy "because the ATF agents had a right to access the public utility pole and the camera captured only views that were plainly visible to any member of the public who drove down the roads bordering the farm."  *Id.* at 288.  The Sixth Circuit further held that use of the pole camera surveillance for ten weeks "did not render the use of the pole camera unconstitutional, because the Fourth Amendment does not punish law enforcement for using technology to more efficiently conduct their investigations." *Id.*  "[T]he long length of time of the surveillance does not render the video recordings unconstitutionally unreasonable, because it was possible for law enforcement to have engaged in live surveillance of the farm for ten weeks." *Id*. at 289. "[T]he ATF theoretically could have staffed an agent disguised as a construction worker to sit atop the pole or perhaps dressed an agent in camouflage to observe the farm from ground level for ten weeks."  *Id.*  "However, the Fourth Amendment does not require law enforcement to go to such lengths when more efficient methods are available." *Id.*  "Moreover, if law enforcement were required to engage in live surveillance without the aid of technology in this type situation,

18

then the advance of technology would one-sidedly give criminals the upper hand." *Id*. at 290. Even though no warrant is required, the United States requests that the Court issue an order to allow for installation of the pole camera on the utility pole.

42.     The surveillance cameras to be installed will not have the ability to record audio. The surveillance cameras will only view what is visible with the naked eye from the public area in front of the business.

43.     Technical Officers of HSI have the ability and technical expertise to install on light and utility poles video camera(s) and signal communication devices, including accompanying supporting equipment and electrical power source(s).

(A)   Kentucky Utilities pole # 67981/24771 located at or near GPS Coordinates 38.0448078, -84.4731766. The utility pole is situated along Magnolia Avenue, approximately 100 feet northeast from the intersection of Magnolia Avenue and Montgomery Avenue in Lexington, Fayette County, Kentucky. This device will capture video and upload that video to a secure internet connection monitored by law enforcement.

The surveillance cameras will not record audio.

(B)   The surveillance equipment will be utilized to obtain video images of the foot and vehicle traffic at or near 663 Magnolia Avenue in Lexington, Fayette County, Kentucky, for the purpose of obtaining the above described activity.

**WHEREFORE**, it is respectfully requested that this Court grant an order, which:

19

(A)  Authorizes the installation and continued use for sixty (60) days of surveillance cameras and other equipment necessary for its operation on Kentucky Utilities pole # 67981/24771 located at or near GPS Coordinates 38.0448078, -84.4731766. The utility pole is situated along Magnolia Avenue, approximately 100 feet northeast from the intersection of Magnolia Avenue and Montgomery Avenue in Lexington, Fayette County, Kentucky.  The surveillance camera shall not record audio;

(B)  Orders that Kentucky Utilities and its agents and employees make no disclosure of the existence of the application and order for the installation of this surveillance camera and accompanying equipment unless and until authorized to do so by this Court; and

(C)  Seals this Application and the Court's orders pending further orders of the Court.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

This the ____9th____ day of March, 2022.

Respectfully submitted,

By:  _____/s/ Joseph K. Borders_____

Joseph K. Borders, Special Agent
HSI

By:    /s/ Roger West
          Roger W. West
          Assistant United States Attorney

      Attested to by the applicants by reliable electronic means (telephone) in accordance with the requirements of Fed. R. Crim. P. 4.1, this the _____9th_____ day of March 2022.

HONORABLE MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE

21